1  **DEBEVOISE & PLIMPTON LLP**
   Josh A. Cohen (SBN: 217853)
2  650 California Street
   San Francisco, CA 94108
3  Telephone: (415) 738-5700
   Fax: (415) 644-5628
4  Email: jacohen@debevoise.com
5
   Attorneys for Defendants
6  BROOKFIELD ASSET MANAGEMENT LLC,
   BROOKFIELD ASSET MANAGEMENT LTD.,
7  BROOKFIELD CORPORATION
8
9                    UNITED STATES DISTRICT COURT
10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
11
12

| | |
|---|---|
| JOSH RAFFAELLI, a California citizen,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BROOKFIELD ASSET MANAGEMENT LLC, a Delaware limited liability corporation; BROOKFIELD ASSET MANAGEMENT LTD., a Canadian corporation; BROOKFIELD CORPORATION, a Canadian corporation; and DOES 1 through 100,<br><br>　　　　　　　Defendants. | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1 AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15.**<br><br>**Case No.: 3:25-cv-04800-TSH** |

Defendants' Corporate Disclosure Statement and Certificate of Interested Entities or Persons Pursuant to FRCP 7.1 and Civil L.R. 3-15
**Case Number: 3:25-cv-04800**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15 of the United States District Court for the Northern District of California, Defendants Brookfield Asset Management LLC ("BAM LLC"), Brookfield Asset Management Ltd. ("BAM"), and Brookfield Corporation ("BN") disclose the following:

1. BAM LLC is a citizen of Delaware and New York.  The sole member of BAM LLC is the corporation Brookfield US Inc.  Brookfield US Inc. is incorporated exclusively in Delaware and its principal place of business is in New York.

2. BAM is a citizen of Canada and New York.  BAM is a Canadian corporation.  It is incorporated exclusively in British Columbia, Canada and its principal place of business is in New York.  BAM's parent corporation is BN, which owns ten percent or more of BAM's stock, and no other publicly-held corporation or entity owns ten percent or more of BAM's stock.

3. BN is a citizen of Canada.  BN is a Canadian corporation.  It is incorporated exclusively in Ontario, Canada and its principal place of business is in Ontario, Canada.  BN is a publicly-held corporation traded on the New York Stock Exchange and the Toronto Stock Exchange with no parent corporation.  Based on BN's knowledge from publicly available United States Securities and Exchange Commission filings, no publicly-held corporation or entity owns ten percent or more of BN's outstanding common stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest to report.  The undersigned is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.  The undersigned certifies that, in addition to the parties, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Brookfield US Inc.
- BAM Partners Trust

                                         Respectfully submitted,

                                         DEBEVOISE & PLIMPTON LLP

Dated: June 6, 2025                    By: */s/ Josh A. Cohen*

                                         JOSH A. COHEN
                                         650 California Street
                                         San Francisco, CA 94108
                                         Telephone: (415) 738-5700
                                         Fax: (415) 644-5628
                                         Email: jacohen@debevoise.com

                                         Attorneys for Defendants
                                         Brookfield Asset Management LLC,
                                         Brookfield Asset Management Ltd.,
                                         Brookfield Corporation

2

**Defendants' Corporate Disclosure Statement and Certificate of Interested Entities or Persons Pursuant to FRCP 7.1 and Civil L.R. 3-15**
**Case Number: 3:25-cv-04800**