UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4    Josh Raffaelli                        ,        Case No. 3:25-cv-04800 (RFL)
5              Plaintiff(s),
6         v.                                         **APPLICATION FOR ADMISSION OF
                                                     ATTORNEY PRO HAC VICE**
7    Brookfield Asset Management                     (CIVIL LOCAL RULE 11-3)
     LLC, et al.                        ,
8              Defendant(s).
9
10      I, Jonathan B. Fuller           , an active member in good standing of the bar of
11   Southern District of New York         , hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: Josh Raffaelli            in the
13   above-entitled action. My local co-counsel in this case is Todd Michael Lander        , an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California.  Local co-counsel's bar number is: 173031          .
16   40 Wall Street, 53rd Floor                      2121 Avenue of the Stars, 30th Floor
     New York, New York 10005                        Los Angeles, CA 90067
17   MY ADDRESS OF RECORD                            LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18   917-920-1817                                    310-274-7100
19   MY TELEPHONE # OF RECORD                        LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20   jfuller@hs-law.com                              tlander@ellisgeorge.com
     MY EMAIL ADDRESS OF RECORD                      LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22      I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: 6222723       .
24      A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26      I have been granted pro hac vice admission by the Court 0        times in the 12 months
27   preceding this application.
28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution

3  Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: September 19, 2025                      /s/ Jonathan B. Fuller
                                                  APPLICANT

5

6

7

8                       ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Jonathan B. Fuller           is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17

18                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____ JONATHAN   BURKE   FULLER _____ , Bar # _____ ---- _____

was duly admitted to practice in the Court on

_____ September 2, 2025 _____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.      On      _____ September 2, 2025 _____
                New York, New York

*Tammi M. Hellwig*

_____ Tammi M. Hellwig _____      By
        Clerk of Court                        _____ Deputy Clerk _____