UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
NOV 12 2025
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number

November 03, 2025

Superior Court of California, County of San Mateo
400 County Center, 1st Floor, Room A
Redwood City, CA 94063

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**RE: Raffaelli v. Brookfield Asset Management LLC et al,
Case No. 3:25-cv-04800-RFL.**
         **Your Case Number: 25-CIV-03534**

Dear Clerk,

   Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

   ☒ Certified original and one copy of this letter

   ☒ Certified copy of docket entries

   ☒ Certified copy of Remand Order

   ☐ Other

Please send an acknowledgement of receipt of these documents to thelma_nudo@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by: Thelma Nudo
Case Systems Administrator
(415) 522-2067

*REV. 10/21*